FEE DUE

DANNA VONGAMATH
FULL NAME

1627 S HArGrave ST
COMMITTED NAME (if different)

Banning CA 92220
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Booking # 202219176

PRISON NUMBER (if applicable)

RELATED DOJ

FILED
CLERK, U.S. DISTRICT COURT
JAN 24 2023
CENTRAL DISTRICT OF CALIFORNIA
BY MZ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DANNA VONGAMATH

PLAINTIFF,

v.

Franchise TAX Board

DEFENDANT(S).

CASE NUMBER
5:23-cv-00164-VBF-ADS
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*

☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

**A. PREVIOUS LAWSUITS**

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes ☐ No

2. If your answer to "1." is yes, how many? 4

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

S-corperation Sabotage, Racial Discrimination Within Entity's, Diprivation threat'ing Diprivation, Entraped to Hospitalize and Mental Health Entrapment, Great Bodily Injury Embezzlement, copyright, Trade-mark Patten Infringment. Explosive Bombed Vehicle at Buissness Residents.

a. Parties to this previous lawsuit:
Plaintiff COFFEE DJ llC & American Vision Jacks OF All Trades Incorperated

Defendants Franchise TAX Board & Domestic california STOCKS

b. Court United States District courts central District OF CAlifornia

c. Docket or case number ______

d. Name of judge to whom case was assigned ______

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) ______

f. Issues raised: ______

g. Approximate date of filing lawsuit: 01-17-23

h. Approximate date of disposition ______

**B. EXHAUSTION OF ADMINISTRATIVE REMEDIES**

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes ☐ No

   If your answer is no, explain why not ______

3. Is the grievance procedure completed? ☐ Yes ☒ No

   If your answer is no, explain why not NO Response only this paper Ducument

4. Please attach copies of papers related to the grievance procedure.

**C. JURISDICTION**

This complaint alleges that the civil rights of plaintiff DANNA VONGAMATH
(print plaintiff's name)

who presently resides at 1627 S HArgrave St,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at LARY D. Smith correctional Facility
(institution/city where violation occurred)

on (date or dates) 3-15-2020 (Claim I), ______ (Claim II), ______ (Claim III).

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant Franchise TAX Board (full name of first defendant) resides or works at

   ______ (full address of first defendant)

   Health & Saftey CODe Forien (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:

   Corperation Bill OF Rights
   corperation LAW violations

2. Defendant Domestic CAlifornia Stocks (full name of first defendant) resides or works at

   ______ (full address of first defendant)

   Private stocks Forien (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:

   corperation Bill of rights
   corperation LAW violation

3. Defendant Copyright, Trademark, Patten (full name of first defendant) resides or works at

   ______ (full address of first defendant)

   Forien International (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:

   corperation Bill of Rights
   corperation LAW violations

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

Embezzlement, corperate sabotage
great bodily injury
Entrapmentt, Poisoned
victim's bill of rights Act

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Joint defendent CASe theme
Profit over People, Desastrous
lane change In life, they didnt
see the consequences.

**If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

(Lost of Profit) civil sec (1983) Punitive damages.

(Return Buissness and profit)

01-17-23
(Date)

[signature]
(Signature of Plaintiff)

KEEFE COMMISSARY NETWORK
P.O BOX 17490, St Louis, MO 63178-7490
325 for ROBERT PRESLEY DETENTION CENTER

Name: VONGAMATH, DANNA — Bal Before Order: 0.72
ID: 202219176 DOB: — Bal After Order: 0.72
Acct #: 15824 Wave: 176306 — Order #: 22284896
CPR #: 104265385 — Order Date: 01/17/2023
Block: BRCC Tier: 17DA Cell: 1711

22284896-104265385

| Bay-Seq | Qty | UOM | Description | Alias | T | Price |
|---|---|---|---|---|---|---|
| KA1 | | | | | | |
| 0-321 | 1 | KIT | INDIGENT KIT | 9802 | | 0.00 |

Total Pick Qty 1 — SubTotal: 0.00
Total Weight 1 Lbs — Tax: 0.00
Total: 0.00

I have checked and received this order with any and all credits/shortages as indicated herein.

Signed:______________________ Date:__________

Witnessed By:______________________ Date:__________

KEEFE COMMISSARY NETWORK
P.O BOX 17490, St Louis, MO 63178-7490
325 for ROBERT PRESLEY DETENTION CENTER

Name: VONGAMATH, DANNA — Bal Before Order: 0.72
ID: 202219176 DOB: — Bal After Order: 0.72
Acct #: 15824 Wave: 176306 — Order #: 22284896
CPR #: 104265385 — Order Date: 01/17/2023
Block: BRCC Tier: 17DA Cell: 1711

22284896-104265385

| Bay-Seq | Qty | UOM | Description | Alias | T | Price |
|---|---|---|---|---|---|---|
| KA1 | | | | | | |
| 0-321 | 1 | KIT | INDIGENT KIT | 9802 | | 0.00 |

Total Pick Qty 1 — SubTotal: 0.00
Total Weight 1 Lbs — Tax: 0.00
Total: 0.00

I have checked and received this order with any and all credits/shortages as indicated herein.

Signed:______________________ Date:__________

Witnessed By:______________________ Date:__________



1625 S. HARGRAVE ST
BANNING CA 92220
DANNA V. 2022191176
SN BERNARDINO CA 923
20 JAN 2023 PM 4 1
CV
USA FOREVER
RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 24 2023
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY
United State's District Court
central District of California
255 E. Temple ST (TS-134)
Los Angeles CA, 90012
X-RAYED

N 7933




THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST-CONSUMER CONTENT

© USPS 2019